UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABDULQADIR ISMAIL KHOSHNAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0936 |
| ) | Judge Echols |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on a Report and Recommendation (R & R) (Docket Entry No. 9) in which the Magistrate Judge recommends granting Defendant's unopposed "Motion to Dismiss Complaint as Moot" (Docket Entry No. 7). The R & R was issued on December 12, 2007, and Plaintiff has filed no objections thereto, even though he was informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 9 at 2).

This is an action relating to Plaintiff's application for naturalization. Plaintiff claims the application was unlawfully delayed by Defendant and he seeks approval of his naturalization application. However, after the filing of the Complaint, Plaintiff's "Application for Naturalization" was approved and he has taken the appropriate oath to become a naturalized citizen. In light of these events, the Magistrate Judge recommends dismissing the action as moot.

1

Where, as here, no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." Fed.R.Civ.P. 72(b). Having carefully reviewed the entire record in this case, the Court finds that the Magistrate Judge correctly concluded that dismissal of the action is warranted in light of the fact that Plaintiff has received the relief requested in his Complaint.

Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 9) is hereby ACCEPTED;

(2) Defendant's "Motion to Dismiss Complaint as Moot" (Docket Entry No. 7) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

/s/ Robert L. Echols
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE